1  LAWRENCE I. WASHOR
   California Bar No. 75180
2  lwashor@washor.com                                    JS-6
   WASHOR & ASSOCIATES
3  21800 Oxnard Street, Suite 790
   Woodland Hills, California 91367
4  Telephone: (310) 479-2660
   Facsimile: (310) 479-1022
5
   Attorneys for Plaintiff AUTOMATED
6  SYSTEMS AMERICA, INC.

7
   JOHN A. O'MALLEY (Bar No.101181)
8  SPENCER PERSSON (Bar No. 235054)
   FULBRIGHT & JAWORSKI L.L.P.
9  555 South Flower Street. Forty-First Floor
   Los Angeles, CA 90071
10 Telephone: (213) 892-9200
   Facsimile: (213) 892-9494
11 Email: jomalley@fulbright.com
          spersson@fulbright.com
12
   Attorneys for Defendants
13 GLOBAL CASH ACCESS HOLDINGS,
   INC., GLOBAL CASH ACCESS, INC.,
14 CASH SYSTEMS, INC., JAY KOLDUS
   and STEVEN LAZARUS
15

16              IN THE UNITED STATES DISTRICT COURT

17             FOR THE CENTRAL DISTRICT OF CALIFORNIA

18                                      ) CV
   AUTOMATED SYSTEMS AMERICA,            ) No. 10-04973-AK(FMOx)
19 INC., a Nevada Corporation,           )
                                         ) [PROPOSED] ORDER
20              Plaintiff,               ) GRANTING DISMISSAL OF
                                         ) ACTION
21         v.                            )
                                         )
22 GLOBAL CASH ACCESS HOLDINGS,          ) [STIPULATION FILED
   INC., a Delaware corporation, GLOBAL  ) CONCURRENTLY
23 CASH ACCESS, INC., a Delaware         ) HEREWITH]
   corporation, CASH SYSTEMS, INC., a    )
24 Delaware corporation, JAY KOLDUS, an  )
   individual, and STEVEN L. LAZARUS,    )
25 an individual,                        )
                                         )
26              Defendants.              )

27

28     Based upon the Stipulation to Dismiss Action, it is hereby

DOCUMENT PREPARED
ON RECYCLED PAPER

ORDERED, ADJUDGED, and DECREED that:

1. The First Claim for Relief, seeking Declaratory Relief is hereby dismissed without prejudice.

2. The Second, Third and Fourth Claims for Relief for Violation of Section 2 of the Sherman Act, the Fifth Claim for Relief for Unfair Competition, the Sixth Claim for Relief for Violation of the Lanham Act, the Seventh Claim for Relief for Interference with Contract, the Eighth Claim for Relief for Interference with Prospective Economic Advantage, and the Ninth Claim for Relief for Defamation Per se are hereby dismissed with prejudice. ASAI may not assert these claims against Defendants as claims, counterclaims, or cross-claims in any subsequent lawsuit, or base any such offensive claims on the operative facts on which those claims are based. However, this dismissal shall not preclude or prevent ASAI from defending any claim based upon the Patents-In-Issue on the basis that the Patents-In-Issue are not valid, not enforceable, or not being violated.

3. Each party is to bear their own attorneys fees and costs.

DATED: 4-21-13

THE HONORABLE ALEX KOZINSKI
CHIEF CIRCUIT JUDGE
(SITTING BY DESIGNATION)

JS-6